No. 69498.—Arnart Imports, Inc., et al. *v.* United States, protests 59/26720, etc. (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of statuary, sculptures and/or copies, replicas, or reproductions thereof, valued at not less than $2.50 each, similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiffs was sustained.

Before the Third Division, August 5, 1965

No. 69499.—Air-Sea Forwarders, Inc. *v.* United States, protest 64/1032 (Los Angeles).

Opinion by Richardson, J. In accordance with stipulation of counsel that the merchandise was manufactured in the United States and returned to the United States from abroad without having been advanced in value or improved in condition and that the applicable customs regulations have now been complied with, the claim of the plaintiff was sustained. *Bertrand Freres, Inc., et al.* v. *United States* (47 Cust. Ct. 155, C.D. 2296), followed.

No. 69500.—Simon International Corp. and Rohner Gehrig & Co., Inc. *v.* United States, protest 59/15133 (New York).

Opinion by Richardson, J. In accordance with stipulation of counsel that liquidation was made on an erroneous appraisement of 60 cents each rather than at the proper appraisement of 50 cents each, the claim of the plaintiffs was sustained.

August 2, 1965

No. 69501.—Ballantyne of Peebles, Inc., et al. *v.* United States, protests 64/18519, etc., dismissed March 3, 1965, rehearing denied Abstract 69313 (initial No. 64/5367). Inter-Maritime Fwdg. Co., Inc. *v.* United States, protest 64/10082 dismissed June 4, 1965 (initial No. 64/2505). Elysee Fabrics, Inc., et al. *v.* United States, protests 64/16016, etc., dismissed June 4, 1965 (initial No. 64/472). (Not published.) Plaintiffs' application for rehearing granted.

No. 69502.—J. Gerber & Co., Inc., et al. *v.* United States, protests 64/13131, etc. Protests abandoned June 4, 1965. (Not published.) Plaintiffs' application for rehearing granted.